**Opinion filed November 19, 2009**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-09-00200-CR, 11-09-00201-CR, 11-09-00202-CR, & 11-09-00203-CR

_____

### BIANCA RENEE PINEDA, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause Nos. A-35,556, C-36,291, D-35,608, & D-35,609**

### M E M O R A N D U M   O P I N I O N

Bianca Renee Pineda has filed in this court motions to dismiss each of her appeals. The motions are signed by both appellant and her attorney. The motions are granted, and the appeals are dismissed.

November 19, 2009                                               PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.